COMMONWEALTH of Pennsylvania,
Respondent

v.

Pamela SMALLIS, Petitioner

No. 43 WAL 2017

Supreme Court of Pennsylvania.

June 12, 2017

### ORDER

PER CURIAM

AND NOW, this 12th day of June, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Warren ARSAD, Petitioner

No. 543 EAL 2016

Supreme Court of Pennsylvania.

June 12, 2017

### ORDER

PER CURIAM

AND NOW, this 12th day of June, 2017, the Petition for Allowance of Appeal and Petition Seeking Leave to Proceed Pro Se is DENIED.

Musaali BOND, Respondent

v.

Crissie PRICE, Petitioner

No. 5 EAL 2017

Supreme Court of Pennsylvania.

June 12, 2017

### ORDER

PER CURIAM

AND NOW, this 12th day of June, 2017, the Petition for Allowance of Appeal is DENIED.